1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                            EASTERN DISTRICT OF CALIFORNIA

7
   JESSICA DE LA CRUZ,                           1:08-cv-00782-AWI-GSA
8
                    Plaintiff,
9                                                ORDER REGARDING STIPULATION TO
        vs.                                      EXTEND TIME TO RESPOND TO
10                                               PLAINTIFF'S SUMMONS AND
   MICHAEL J. ASTRUE,                            COMPLAINT
11 Commissioner of Social Security,
                                                 (Document 11)
12                  Defendant.

13 _____/

14        This action commenced on June 2, 2008.  (Doc. 1).  On June 5, 2008, the Court issued a

15 Scheduling Order, which provided in part that Defendant must file and serve the administrative

16 record within 120 days after service of the complaint and that the filing will be deemed an answer to

17 the complaint.  (Doc. 6).  On June 17, 2008,  Plaintiff filed a proof of service.  (Doc. 7).  On October

18 21, 2008, the parties filed a stipulation for an order extending the time for Defendant to file a

19 response to the summons and complaint to December 5, 2008.  (Doc. 11).

20        Pursuant to the stipulation of the parties,  Defendant's request for an extension of time is

21 GRANTED.  Defendant shall have to and including December 5, 2008, to file and serve the

22 administrative record.  All other provisions of the Scheduling Order remain in full force and effect.

23

24     IT IS SO ORDERED.

25  Dated:   **October 30, 2008**              **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28