# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DE LA CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:08-cv-00782-SAB<br><br>ORDER RE HEARING ON PLAINTIFF'S MOTION<br><br>Motion Hearing:　January 22, 2014<br>　　　　　　　　　9:30 a.m.<br>　　　　　　　　　Courtroom 9 (SAB) |

　　　On December 18, 2013, Plaintiff Jessica De La Cruz ("Plaintiff") filed a Motion to Order the Commissioner to Comply with the Court Order or Show Cause.  (ECF No. 31.)

　　　IT IS HEREBY ORDERED that a hearing on Plaintiff's motion shall take place on Wednesday, January 22, 2014 at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.  Defendant Commissioner of Social Security's ("Defendant") opposition to the motion shall be filed on or before January 8, 2014.  Plaintiff's reply, if any, shall be filed on or before January 15, 2014.

IT IS SO ORDERED.

　Dated:　**December 19, 2013**　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1