# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DE LA CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:08-cv-00782-SAB<br><br>ORDER DENYING MOTION TO COMPEL AS MOOT<br><br>ECF NO. 31 |

On December 18, 2013, Plaintiff Jessica De La Cruz ("Plaintiff") filed a motion to compel Defendant Commissioner of Social Security ("Defendant") to comply with the Court's order regarding the payment of Plaintiff's attorneys' fees. (ECF No. 31.) On January 7, 2014, Plaintiff filed a Notice of Mootness, informing the Court that the relevant fee had been paid and that the motion could be denied as moot.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to compel is DENIED as moot (ECF No. 31); and

2. The hearing on the motion scheduled for January 22, 2014 is taken off calendar and VACATED.

IT IS SO ORDERED.

Dated: **January 7, 2014**

UNITED STATES MAGISTRATE JUDGE

1